**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Kalari Jackson Girtley
                             Plaintiff,

v.                                                        Case No.: 1:25−cv−01257
                                                               Honorable Manish S. Shah

Kitchen Mama, LLC
                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 19, 2025:

      MINUTE entry before the Honorable Manish S. Shah: Pursuant to the notice of voluntary dismissal [23], this case is dismissed with prejudice. Civil case terminated. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.